UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS EDWARD BRAZEAIL,

        Petitioner,

vs.                      Case No. 3:04-cv-1159-J-99TEM

JAMES V. CROSBY, etc.;
et al.,

        Respondents.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On December 20, 2004, the Court ordered Petitioner to either pay the $5.00 filing fee or file a request to proceed in forma pauperis within thirty days. Petitioner failed to do so. On February 15, 2005, the Court gave Petitioner one final opportunity to pay the fee or request to proceed as a pauper. Further, the Court notified Petitioner that failure to do so would result in the dismissal of the action without further notice. On February 24, 2005, Petitioner file a request for an extension of time to pay the filing fee. An extension of time was granted, and Petitioner was given an additional twenty days to pay the fee or file a request to proceed as a pauper. Once again, Petitioner was advised that failure to do so would result in the dismissal of the action without further notice.

As of the date of this order, Petitioner has failed to pay the filing fee and has failed to file a request to proceed as a pauper. Petitioner has been given extended opportunities to do so.

Therefore, it is now

**ADJUDGED:**

1. This petition is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of May, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

sa 4/7
c:
Thomas Edward Brazeail

2